# EXHIBIT 1

jor Analysis Documents / ▇▇▇ - JHU APL - Timeline of Ev ▇▇▇ Sha
le  Edit  View  Help
16 of 44   Open in ∨   ✎   ⌗∨   Sign ∨   Comment                        Q  ⊖  ⊕  145%



| | |
|---|---|
| **Subject:** | Short Term Disability Reported - ▇ |
| **Date:** | Tuesday, January 4, 2022 at 10:12:47 AM Eastern Standard Time |
| **From:** | Shegda, Dana H. <Dana.Shegda@jhuapl.edu> |
| **To:** | Brown, Gill D. <Gill.Brown@jhuapl.edu>, Caporaletti, Stephanie J. <Stephanie.Caporaletti@jhuapl.edu> |
| **CC:** | ▇▇▇, +TSX SP AOS <TSX-sp-aos@jhuapl.edu>, Shamer, Lisa P. <Lisa.Shamer@jhuapl.edu> |
| **Attachments:** | image001.png |

This is to notify you that ▇▇▇ recently reported a Short Term Disability (STD) claim to MetLife. Within approximately two weeks, MetLife will email me a determination, which I will promptly forward to you.

Please **do not** enter "Disability – Phase 1" or "Disability – Phase 2" on timesheets until you are notified of an approval. Prior to approval of disability from MetLife, please use Sick Leave, Vacation, or Leave without Pay (if paid leave is exhausted). After an approval is granted, you can adjust the timesheet and the leave will be restored. Please do not allow the use of "Disability – Phase 1" or "Disability – Phase 2" past the duration of approval unless I notify you of an extension.

Dana Shegda
Mail Stop MP4 W128
P: 240-228-0031
F: 443-778-6007
Dana.Shegda@jhuapl.edu



**Talent Services Department**

2022-01-04 (PM) – ▮▮▮▮ Religious Accommodation Denied.



**From:** Accommodations Coordinator <Accommodations-Coordinator@jhuapl.edu>
**Date:** Tuesday, Jan 04, 2022, 1:59 PM
**To:** ▮▮▮▮
**Cc:** Accommodations Coordinator <Accommodations-Coordinator@jhuapl.edu>
**Subject:** Vax Religious Accommodation - ▮▮▮▮ --Determination

Good day, ▮▮▮▮,

Attached, please find the above-referenced determination.

Accommodations Coordinator

📄 **DENIAL - Vax Religious Accommodation -** ▮▮▮▮ **ssmcg.pdf**
219K