# EXHIBIT 2

To: Accommodations Coordinator <Accommodations-Coordinator@jhuapl.edu>
Cc: Accommodations Coordinator <Accommodations-Coordinator@jhuapl.edu>,

Dear Mrs. McGruder,

Thank you for your response. I had a couple more questions for you.

1) If APL is concerned about the cost of testing, I would be willing to split the cost or even cover the cost. Would this be helpful?

2) I have been wearing a mask onsite for some time now to protect others and myself from possible COVID exposure. Can I continue with this protocol to continue working?

3) I want to also mention that a vast majority of my work could be done remotely. I only need to be physically on site for maybe one to two days a week. When on site and needing to collaborate, I spend most of my time in unclassified Zoom calls, which I can attend from anywhere. I am happy to telework and only work on site when absolutely necessary if desirable. When COVID started and APL told all employees to work from home, I worked from home full time (with maybe a few days a month onsite) until just recently when everyone was ordered back on site. I was part of the Digital Workplace initiative (lead by Patrick Amato) where I helped facilitate ideation and brainstorming on ways to improve virtual collaboration for both internally between staff at APL and externally with sponsors remotely. I was also part of the Classified Collaboration Events initiative where I helped brainstorm and ideate ways that may help facilitate more distributed classified collaboration in the time of COVID. Can I engage in a more hybrid work environment to help satisfy APL's concerns?

4) I have provided the COVID-19 email account with a copy of my test result and additional information. Because I am still experiencing symptoms, I have asked for an extension and clarity on clearance to return.

Thank you, I look forward to hearing from you.

Very Respectfully,

Sent with BlackBerry Work
(www.blackberry.com)