# EXHIBIT 3



CMP Internal Medicine
5450 KNOLL NORTH
DRIVE SUITE 260
COLUMBIA MD 21045
Appointment:
410-964-5300
Dept: 410-964-5300
Fax: 410-740-8658

Monday, January 10, 2021

To Whom It May Concern,

███████████ is a patient of Columbia Medical Practice and was diagnosed with COVID-19 viral infection on 12/29/2021 at Quality First Urgent Care. A copy of the patients COVID-19 test results are enclosed.

███ was previously unvaccinated and per CDC recommendations the patient should not start the vaccination series until 3 months after ███ COVID-19 diagnosis which would be March 29, 2022.

Should there be any question please contact me at (410) 964-5300.

Thank you,

*Meegan C. Chestnut, MD* (signature)

Meegan C. Chestnut, MD

REQUIRED information in case pages get separated:

| Claimant First Name | Middle Name | Last Name | Claim Number |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted]3956 |

If we need more information, who's the best person at your office to contact? *(Please provide name and phone number/extension.)*

## SECTION 3: Physician's Signature and Information

First Name: Meegan E. E.
Last Name: Chestnut

Address: 5450 Knoll North Dr Ste 260
City: Columbia
State: MD
ZIP: 21045

Degree or Specialty: Internal Medicine
Office Phone Number: (410) 964-5300
Office Fax Number: (410) 964-5368
Tax ID:

Sign Here — Signature of Physician: *[signed] Meegan E. Chestnut, MD*
Date (mm/dd/yyyy): 01/10/2022

## SECTION 4: How to Submit this Form

Please send all of the pages of this form and any supporting documents, adding the claim number to the top of each page, to MetLife Disability by:

**Mail:**
MetLife Disability
PO Box 14590
Lexington KY 40512-4590

**Fax:**
1-800-230-9531