# EXHIBIT 4



December 14, 2021

To: ▮▮▮▮▮▮▮▮▮▮
Advanced Concepts (SAX-002)
Space Control Applications (SAX)
Space Exploration Sector (SES)

From: Shawn S. McGruder *Shawn S. McGruder* Digitally signed by Shawn S. McGruder
Date: 2021.12.14 21:59:35 -05'00'
Principal Accommodations Coordinator
Legal and Commercialization Branch (CBO)
Central Laboratory (CL)

Subject: Request for Religious Exemption from COVID Vaccination—Granted

On September 14, 2021, inspired by and consistent with a Presidential executive order, applicable laws, and health and safety protocols, APL announced that every staff member, including (but not limited to) full-time, part-time, temporary-on-call, new hires, interns, and remote workers, must submit proof of at least the first dose of a COVID-19 vaccine by October 15, 2021, and verification of any second vaccine dose by December 1, 2021. Subject to applicable laws, the only exceptions to this policy are for those who have an approved reasonable accommodation from the Accommodations Coordinator for medical or religious reasons.

On September 24, 2021, you submitted a Request for Religious Accommodation, seeking exemption from APL's COVID vaccination requirement. On October 18, 2021, you submitted documentation expressing your objection to APL's testing protocols, which you described as "discriminatory." Subsequently, on October 28, 2021, you met with an Accommodations Coordinator, verified your request, and shared your willingness to abide by safety protocols such as masking and social distancing. By that time, you indicated you had no objection to testing, but you expressed concern about privacy based on a leadership communication.

In analyzing your request, we have assumed that you have raised a sincerely held religious belief, practice, or observance that conflicts with APL's COVID vaccination requirement. Although we considered that you frequently present on-site and work in highly classified workspaces, we also considered your ability to abide by safety protocols. APL bases its decision on our assessment that, due to the nature of your current position and job duties, it would not pose an undue burden on our organization to grant your request at this time.

Accordingly, after engaging in an interactive process with you and meeting with your leadership about your job requirements, APL's Accommodations Coordinator has determined that your religious accommodation request is **GRANTED** on a trial basis, according to the details below and subject to ongoing review. Your leadership will stand advised of this outcome.



To safely and effectively grant this temporary accommodation, we require the following of you:

- Continued work under your agreed-upon Flexible work arrangement, with attendance at the Lab, as required and determined by APL in its discretion.
- Adherence to the protocol in the attached information sheet titled "COVID Testing for Professional Staff Members with Approved Accommodation Requests," addresses how to gain access to APL's campus by showing a negative COVID test, the types of tests that are acceptable, and other important information.
- While on-campus, you must adhere to all applicable guidelines of the Centers for Disease Control and Prevention (CDC) and related Lab policies, including, but not necessarily limited to, precautions for unvaccinated individuals such as wearing a mask and socially distancing.

The Centers for Disease Control and Prevention (CDC) recommends screening tests for unvaccinated people to identify those who are asymptomatic and do not have known, suspected, or reported exposure to SARS-CoV-2. While screening helps to identify unknown cases, an evaluation of testing frequency found that weekly testing of the unvaccinated would prevent fewer than half of the on-site transmissions from the unvaccinated population. The modeling indicated that testing even three times per week would still fail to block one-third of such on-site transmissions.

At the appropriate time, this accommodation will be re-evaluated to determine if it is still supported and, if so, whether APL can continue to provide an accommodation without undue hardship. If you or your leadership believe we should revisit your accommodation status ahead of receiving outreach from our office, you should contact the Accommodations Coordinator.

Thank you for your cooperation and patience with the process.

Enclosure: COVID Testing for Professional Staff Members with Approved Accommodation Requests



**JOHNS HOPKINS**
APPLIED PHYSICS LABORATORY

11100 Johns Hopkins Road
Laurel, Maryland 20723-6099
240-228-5000 • www.jhuapl.edu

December 7, 2021

To: ▉▉▉▉▉▉▉▉▉
Section Supervisor/Project Manager, Aerothermal Design & Analysis (KVK-002)
Advanced Weapon Systems (KVK)
Force Projection Sector (FPS)

From: Shawn S. McGruder *Shawn S. McGruder* Digitally signed by Shawn S. McGruder
Date: 2021.12.07 14:21:39 -05'00'
Principal Accommodations Coordinator
Legal and Commercialization Branch (CBO)
Central Laboratory (CL)

Subject: Medical and Religious Requests from COVID Vaccination—Granted in Part

On September 14, 2021, subject to and consistent with a Presidential executive order and other applicable laws, APL announced that every staff member, including (but not limited to) full-time, part-time, temporary-on-call, new hires, interns, and remote workers, must submit proof of at least the first dose of a COVID-19 vaccine by October 15, 2021, and verification of any second vaccine dose by December 1, 2021. Subject to applicable laws, the only exceptions to this policy are for those who have an approved reasonable accommodation from the Accommodations Coordinator for medical or religious reasons.

On September 29, 2021, you submitted a Request for Medical Accommodation, also seeking exemption from APL's COVID vaccination requirement. In support of a medical exemption, you and your provider submitted a note reflecting that you had suffered a large subdural hematoma in 2014 and pointing to certain studies showing increased risk for recurrent bleeding related to the SARS-COV2 vaccine. A review of medical resources reflects that the risk of bleeding due to poor clotting (thrombocytopenia) is only an identified risk for the Johnson and Johnson vaccine, but not the mRNA vaccines – Pfizer or Moderna – and that you could receive those without such increased risk. Nevertheless, for reasons that will become clear as we proceed through this determination, we determined to dismiss your medical request as moot at this time.

Because we were unable to establish medical necessity for exemption from the vaccination requirement, we then turned to a closer review of your earlier request. On September 17, 2021, you submitted a Request for Religious Accommodation, seeking exemption from APL's COVID vaccination requirement. On equal date, you submitted a letter, dated September 16, 2021, from the pastor of the Mount Airy Bible Church in Frederick, Maryland, supporting your request. Despite indicating in your initial request your willingness to submit to APL's testing protocol (first outlined in the original August 12, 2021, vaccination policy), requiring a negative COVID test of all unvaccinated individuals within 72 hours of presenting on-campus, on October 15, 2021, you submitted a statement styled "Testing Policy Discrimination," in which you shared your objection to APL's COVID testing policy. Subsequently, on October 27, 2021, you met with an Accommodations Coordinator, verified your request and shared your willingness to work outside core hours to facilitate social distancing.


In analyzing your request, we have assumed that you have raised a sincerely held religious belief, practice, or observance that conflicts with APL's COVID vaccination requirement. Although we considered the effective performance of your leadership roles and classified duties require frequent presence on-site and work in a laboratory styled the "Sardine Lab" where social distancing is challenging, we also considered your willingness to adjust your work hours as necessary to allow for greater social distancing. APL bases its decision on our assessment that, due to the nature of your current position and job duties, it would not pose an undue burden on our organization to grant your request at this time.

Accordingly, after engaging in an interactive process with you and meeting with your leadership about your job requirements, APL's Accommodations Coordinator has determined that your religious accommodation request is **GRANTED** on a trial basis, according to the details below and subject to ongoing review. Your leadership will stand advised of this outcome.

To safely and effectively grant this temporary accommodation, we require the following of you:

- Continued work from home under a Flexible work arrangement, with visits to the Lab, as required and determined within APL's discretion.
- APL will not authorize unvaccinated staff to travel outside of their local commuting area via air or other public carrier.
- Adherence to the protocol in the attached information sheet titled "COVID Testing for Professional Staff Members with Approved Accommodation Requests," addresses how to gain access to APL's campus by showing a negative COVID test, the types of tests that are acceptable, and other important information.
- While on-campus, you must adhere to all applicable guidelines of the Centers for Disease Control and Prevention (CDC) and related Lab policies, including, but not necessarily limited to, precautions for unvaccinated individuals such as wearing a mask and socially distancing.

The Centers for Disease Control and Prevention (CDC) recommends screening tests for unvaccinated people to identify those who are asymptomatic and do not have known, suspected, or reported exposure to SARS-CoV-2. While screening helps to identify unknown cases, an evaluation of testing frequency found that weekly testing of the unvaccinated would prevent fewer than half of the on-site transmissions from the unvaccinated population. The modeling indicated that testing even three times per week would still fail to block one-third of such on-site transmissions.

At the appropriate time, this accommodation will be re-evaluated to determine if it is still supported and, if so, whether APL can continue to provide an accommodation without undue hardship. If you or your leadership believe we should revisit your accommodation status ahead of receiving outreach from our office, you should contact the Accommodations Coordinator.

Thank you for your cooperation and patience with the process.
Enclosure: COVID Testing for Professional Staff Members with Approved Accommodation Requests



**JOHNS HOPKINS**
APPLIED PHYSICS LABORATORY

11100 Johns Hopkins Road
Laurel, Maryland 20723-6099
240-228-5000 • www.jhuapl.edu

December 7, 2021

To: ███████████████████████████ (KVK-002)
Advanced Weapon Systems (KVK)
Force Projection Sector (FPS)

From: Shawn S. McGruder *Shawn S. McGruder* Digitally signed by Shawn S. McGruder
Date: 2021.12.07 14:21:39 -05'00'
Principal Accommodations Coordinator
Legal and Commercialization Branch (CBO)
Central Laboratory (CL)

Subject: Medical and Religious Requests from COVID Vaccination—Granted in Part

On September 14, 2021, subject to and consistent with a Presidential executive order and other applicable laws, APL announced that every staff member, including (but not limited to) full-time, part-time, temporary-on-call, new hires, interns, and remote workers, must submit proof of at least the first dose of a COVID-19 vaccine by October 15, 2021, and verification of any second vaccine dose by December 1, 2021. Subject to applicable laws, the only exceptions to this policy are for those who have an approved reasonable accommodation from the Accommodations Coordinator for medical or religious reasons.

On September 29, 2021, you submitted a Request for Medical Accommodation, also seeking exemption from APL's COVID vaccination requirement. In support of a medical exemption, you and your provider submitted a note reflecting that you had suffered a large subdural hematoma in 2014 and pointing to certain studies showing increased risk for recurrent bleeding related to the SARS-COV2 vaccine. A review of medical resources reflects that the risk of bleeding due to poor clotting (thrombocytopenia) is only an identified risk for the Johnson and Johnson vaccine, but not the mRNA vaccines – Pfizer or Moderna – and that you could receive those without such increased risk. Nevertheless, for reasons that will become clear as we proceed through this determination, we determined to dismiss your medical request as moot at this time.

Because we were unable to establish medical necessity for exemption from the vaccination requirement, we then turned to a closer review of your earlier request. On September 17, 2021, you submitted a Request for Religious Accommodation, seeking exemption from APL's COVID vaccination requirement. On equal date, you submitted a letter, dated September 16, 2021, from the pastor of the Mount Airy Bible Church in Frederick, Maryland, supporting your request. Despite indicating in your initial request your willingness to submit to APL's testing protocol (first outlined in the original August 12, 2021, vaccination policy), requiring a negative COVID test of all unvaccinated individuals within 72 hours of presenting on-campus, on October 15, 2021, you submitted a statement styled "Testing Policy Discrimination," in which you shared your objection to APL's COVID testing policy. Subsequently, on October 27, 2021, you met with an Accommodations Coordinator, verified your request and shared your willingness to work outside core hours to facilitate social distancing.



In analyzing your request, we have assumed that you have raised a sincerely held religious belief, practice, or observance that conflicts with APL's COVID vaccination requirement. Although we considered the effective performance of your leadership roles and classified duties require frequent presence on-site and work in a laboratory styled the "Sardine Lab" where social distancing is challenging, we also considered your willingness to adjust your work hours as necessary to allow for greater social distancing. APL bases its decision on our assessment that, due to the nature of your current position and job duties, it would not pose an undue burden on our organization to grant your request at this time.

Accordingly, after engaging in an interactive process with you and meeting with your leadership about your job requirements, APL's Accommodations Coordinator has determined that your religious accommodation request is **GRANTED** on a trial basis, according to the details below and subject to ongoing review. Your leadership will stand advised of this outcome.

To safely and effectively grant this temporary accommodation, we require the following of you:

- Continued work from home under a Flexible work arrangement, with visits to the Lab, as required and determined within APL's discretion.
- APL will not authorize unvaccinated staff to travel outside of their local commuting area via air or other public carrier.
- Adherence to the protocol in the attached information sheet titled "COVID Testing for Professional Staff Members with Approved Accommodation Requests," addresses how to gain access to APL's campus by showing a negative COVID test, the types of tests that are acceptable, and other important information.
- While on-campus, you must adhere to all applicable guidelines of the Centers for Disease Control and Prevention (CDC) and related Lab policies, including, but not necessarily limited to, precautions for unvaccinated individuals such as wearing a mask and socially distancing.

The Centers for Disease Control and Prevention (CDC) recommends screening tests for unvaccinated people to identify those who are asymptomatic and do not have known, suspected, or reported exposure to SARS-CoV-2. While screening helps to identify unknown cases, an evaluation of testing frequency found that weekly testing of the unvaccinated would prevent fewer than half of the on-site transmissions from the unvaccinated population. The modeling indicated that testing even three times per week would still fail to block one-third of such on-site transmissions.

At the appropriate time, this accommodation will be re-evaluated to determine if it is still supported and, if so, whether APL can continue to provide an accommodation without undue hardship. If you or your leadership believe we should revisit your accommodation status ahead of receiving outreach from our office, you should contact the Accommodations Coordinator.

Thank you for your cooperation and patience with the process.

Enclosure: COVID Testing for Professional Staff Members with Approved Accommodation Requests



11100 Johns Hopkins Road
Laurel, Maryland 20723-6099
240-228-5000 • www.jhuapl.edu

December 13, 2021

To: ███████████

Electronic and Embedded Computing Systems (A1F-004)
Electro-Optical and Infrared Systems (A1F)
Air and Missile Defense Sector (AMDS)

From:  Shawn S. McGruder  **Shawn S. McGruder**  Digitally signed by Shawn S. McGruder
Date: 2021.12.13 12:48:56 -05'00'
Principal Accommodations Coordinator
Legal and Commercialization Branch (CBO)
Central Laboratory (CL)

Subject: Religious Exemption Request from COVID Vaccination—Granted

On September 14, 2021 inspired by and consistent with a Presidential executive order, applicable laws, and health and safety protocols, APL announced that every staff member, including (but not limited to) full-time, part-time, temporary-on-call, new hires, interns, and remote workers, must submit proof of at least the first dose of a COVID-19 vaccine by October 15, 2021, and verification of any second vaccine dose by December 1, 2021. Subject to applicable laws, the only exceptions to this policy are for those who have an approved reasonable accommodation from the Accommodations Coordinator for medical or religious reasons.

On September 30, 2021, you submitted a Request for Religious Accommodation, seeking exemption from APL's COVID vaccination requirement. On October 21, 2021, you spoke with an Accommodations Coordinator and verified your request, which expressed your willingness to abide by safety protocols such as testing.

In analyzing your request, we have assumed that you have raised a sincerely held religious belief, practice, or observance that conflicts with APL's COVID vaccination requirement. Although we considered that you frequently present on-site and may have travel duties in the future, we also considered your willingness to abide by safety protocols and that travel is not currently an essential function of your job. APL bases its decision on our assessment that, due to the nature of your current position and job duties, it would not pose an undue burden on our organization to grant your request at this time.

Accordingly, after engaging in an interactive process with you and meeting with your leadership about your job requirements, APL's Accommodations Coordinator has determined that your religious accommodation request is **GRANTED** on a trial basis, according to the details below and subject to ongoing review. Your leadership will stand advised of this outcome.

To safely and effectively grant this temporary accommodation, we require the following of you:



- Continued work under a Flexible work arrangement, with visits to the Lab, as required and determined within APL's discretion.

- Adherence to the protocol in the attached information sheet titled "COVID Testing for Professional Staff Members with Approved Accommodation Requests," addresses how to gain access to APL's campus by showing a negative COVID test, the types of tests that are acceptable, and other important information.

- While on-campus, you must adhere to all applicable guidelines of the Centers for Disease Control and Prevention (CDC) and related Lab policies, including, but not necessarily limited to, precautions for unvaccinated individuals such as wearing a mask and socially distancing.

The Centers for Disease Control and Prevention (CDC) recommends screening tests for unvaccinated people to identify those who are asymptomatic and do not have known, suspected, or reported exposure to SARS-CoV-2. While screening helps to identify unknown cases, an evaluation of testing frequency found that weekly testing of the unvaccinated would prevent fewer than half of the on-site transmissions from the unvaccinated population. The modeling indicated that testing even three times per week would still fail to block one-third of such on-site transmissions.

At the appropriate time, this accommodation will be re-evaluated to determine if it is still supported and, if so, whether APL can continue to provide an accommodation without undue hardship. If you or your leadership believe we should revisit your accommodation status ahead of receiving outreach from our office, you should contact the Accommodations Coordinator.

Thank you for your cooperation and patience with the process.

Enclosure:   COVID Testing for Professional Staff Members with Approved Accommodation Requests